JAMES HAWKINS APLC
Gregory Mauro, Esq. (#222239)
9880 Research Drive, Suite 200
Irvine, CA 92618
Tel.: (949) 387-7200
Fax: (949) 387-6676
Email: Greg@jameshawkinsaplc.com

Attorneys for ADELA CASTANEDA,
individually and on behalf of all others similarly situated

# UNITES STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| ADELA CASTANEDA, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>VALLE DEL SOL, LLC, a California Corporation; SUN VALLEY PACKING L.C., a California Corporation; and DOES 1-10, inclusive,<br><br>Defendant | Case No. 1:22-cv-01174-ADA-SKO<br>**[*Assigned for All Purposes to Honorable U.S. District Court Judge Ana de Alba*]**<br><br>**NOTICE OF INDIVIDUAL SETTLEMENT** |

NOTICE OF INDIVIDUAL SETTLEMENT

| | |
|---|---|
| 1 | **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD** |
| 2 | **PLEASE TAKE NOTICE THAT:** Plaintiff Adela Castaneda ("Plaintiff") by and through her |
| 3 | counsel of record here by provides notice of the individual settlement reached in this matter. A |
| 4 | settlement agreement has been circulated for signature. Once the settlement agreement is fully |
| 5 | executed, Plaintiff will proceed with the dismissal of this action pursuant to Federal Rule of Civil |
| 6 | Procedure Rule 41(a)(1)(A)(ii). As such Plaintiff requests the Court vacate all dates in this matter. |

Dated:  February 21, 2023          Respectfully submitted,

                                                James R. Hawkins, APLC

                                                By     /s/ Gregory Mauro
                                                          Gregory Mauro
                                                Attorneys for Plaintiff Adela Castaneda

CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2023, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, for the Eastern District of California using the CM/ECF system. All participants are registered CM/ECF users, and will be served by the CM/ECF system.

Dated: February 24, 2023         /s/ Gregory Mauro
                                 Gregory Mauro, Esq.

JOINT STATUS REPORT RE STATUS OF SETTLEMENT