# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADELA CASTANEDA, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VALLE DEL SOL, LLC; SUN VALLEY PACKAGING, L.C.; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 1:22-cv-01174-ADA-SKO<br><br>**ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE**<br><br>(Doc. 9) |

On March 1, 2023, the parties filed a joint stipulation dismissing Plaintiff Adela Castaneda's individual claims with prejudice, and the putative class claims without prejudice. (Doc. 9.)

In light of the parties' stipulation, Plaintiff's individual claims have been dismissed with prejudice, the putative class claims have been dismissed without prejudice, and this action has been terminated. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **March 3, 2023**          /s/ *Sheila K. Oberto*
                          UNITED STATES MAGISTRATE JUDGE